THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARDO PONCE, Appellant.—

Present—Callahan, J. P., Denman, Green, Balio and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON JONES, Appellant.—